MACK MANUFACTURING COMPANY, appellant,

*v.*

CITIZENS CONSTRUCTION COMPANY et al., respondents.

[Submitted March 27th, 1916.   Decided June 19th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *85 N. J. Eq. 331.*

*Mr. Merritt Lane,* for the appellant.

*Mr. Peter Backes, Mr. George W. Macpherson, Mr. Edward L. Katzenbach* and *Mr. William J. Backes,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—15.

*For reversal*—None.